It is so ordered. This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
3/11/2021

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DAVID T. BEAVERS,** | Case No. 4:21-cv-00148-JRA |
| | Judge Adams |
| **Plaintiff,** | |
| v. | **STIPULATION OF DISMISSAL** |
| **FORD MOTOR COMPANY, et al.,** | |
| **Defendants.** | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff David T. Beavers and Defendants Ford Motor Company and Ford Motor Credit Company LLC hereby stipulate to the dismissal of this case, with prejudice.

Respectfully submitted,

/s/James S. Wertheim per email approval 3/10/2021
JAMES S. WERTHEIM (0029464)
James S Wertheim LLC
23811 Chagrin Blvd., Suite 330
Beachwood, OH 44122
(Ph.) 216-902-1719
wertheimjim@gmail.com
*Attorney for Plaintiff*

/s/Scott A. King
Scott A. King (0037582)
Jessica E. Salisbury-Copper (0085038)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, OH 45342-4934
Telephone: 937.443.6560
Facsimile: 937.443.6635
Scott.King@ThompsonHine.com
Jessica.Salisbury-Copper@ThompsonHine.com
*Attorneys for Defendants*